No. 89–6153.  CAMBRELL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–6155.  ROSS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–6161.  WHITE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–6183.  VERA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–6190.  RESTREPO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 89–6201.  EAGLE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 89–6202.  DORSEY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–6204.  SENK *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–6209.  RHODES *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–270.  RICHARDSON *v.* CITY OF CHICAGO.  C. A. 7th Cir.  Certiorari denied.  JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 89–465.  CUNNINGHAM *v.* COUNTY OF LOS ANGELES ET AL.  C. A. 9th Cir.  Motion of Police Misconduct Lawyers Referral Service for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 89–481.  MICHIGAN *v.* SESI.  Ct. App. Mich.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.